# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of | Case

Ardis McCutcheon v. Zimmer Inc. | 06 C 6256

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Ardis McCutcheon - Attorney Raymond Lang

---

| | |
|---|---|
| SIGNATURE [signature] | FILED 7-13-07 JUL 13 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| FIRM The Margolis Firm PC | |
| STREET ADDRESS 77 W. Wacker Dr. #3200 | |
| CITY/STATE/ZIP Chicago, Il. 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281928 | TELEPHONE NUMBER 312-256-2201 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |